IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARK DAVID McCARTY, #421073 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv45 |
| | | CONSOLIDATED WITH |
| DIRECTOR, TDCJ-CID | § | CIVIL ACTION NO. 9:05cv67 |

<u>ORDER OF DISMISSAL</u>

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Harry W. McKee, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus concerning prison disciplinary cases should be denied. The petitioner has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner thereto, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and that the objections by the Petitioner are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. It is further

**ORDERED** that to the extent that the facts of the case give rise to a possible civil rights lawsuit, such claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 8 day of **September, 2005.**

_____
Thad Heartfield
United States District Judge